IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **PHARMACY BENEFIT MANAGERS ANTITRUST LITIGATION** | | **MDL 06-1782** |
| **BRADY ENTERPRISES, INC. et al.**<br><br>**v.**<br><br>**MEDCO HEALTH SOLUTIONS, INC.** | : | **CIVIL ACTION**<br><br><br><br>**NO. 03-4730** |
| **BELLEVUE DRUG CO. et al.**<br><br>**v.**<br><br>**ADVANCE PCS et al.** | : | **CIVIL ACTION**<br><br><br><br>**NO. 03-4731** |
| **MIKE'S MEDICAL CENTER et al.**<br><br>**v.**<br><br>**MEDCO HEALTH SOLUTIONS, INC. et al.** | : | **CIVIL ACTION**<br><br><br><br>**NO. 06-4112** |
| **NORTH JACKSON PHARMACY et al.**<br><br>**v.**<br><br>**EXPRESS SCRIPTS INC. et al.** | : | **CIVIL ACTION**<br><br><br><br>**NO. 06-4114** |

| | | |
|---|---|---|
| **NORTH JACKSON PHARMACY et al.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **MEDCO HEALTH SOLUTIONS, INC. et al.** | : | **NO. 06-4115** |

| | | |
|---|---|---|
| **NORTH JACKSON PHARMACY et al.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CAREMARK RX INC. et al.** | : | **NO. 06-4305** |

**ORDER**

AND NOW, this 18th day of April, 2011, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable John P. Fullam to the calendar of the Honorable C. Darnell Jones II.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge